**Exhibit A to the Complaint**

**Location:** Pearland, TX  **IP Address:** 76.142.171.143
**Total Works Infringed:** 27  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A5D6B24638A8DF80BD201C674E2D5BC8B61099C5 | 02/11/2025 02:27:15 | Blacked | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 2 | 714EA8D6A063C9940C41C9F49878B7417B1223F8 | 11/29/2024 20:26:57 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 3 | 9D392B54D5FFE92319F3737CC962F7D65B301E64 | 10/31/2024 17:50:14 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 4 | 0C61B5F6E6CF3B85E57748DC5C1969CCB192DADD | 10/17/2024 00:35:41 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 5 | 62ad3f2fa43de045f16d1e9dac72087250e8e8fc | 09/23/2024 04:57:29 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 6 | ddba9320ad3dac4c8f3b107bc94ee15dbc64f5f5 | 09/10/2024 22:11:41 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 7 | 5350b7ebfc5725a84ee60bfba2e1e9e59cfc1df4 | 07/21/2024 21:51:33 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |
| 8 | 2ADF1A00CB2728D5B91C469C131C68070E9E6102 | 07/01/2024 22:16:58 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 9 | 55a84980f548f4e2ee875e548e07657a7caec534 | 06/13/2024 22:43:09 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 10 | 3AFBBD2CFA7366639522B34D41E982E93500A7D3 | 05/27/2024 22:26:08 | Milfy | 03/13/2024 | 06/24/2024 | PA0002477486 |
| 11 | 1D3EBC669A328962D7512EB14B8850B95DBD1E57 | 05/23/2024 22:14:14 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 12 | 292f41cede122a9e9cc18fe6569fee43b800c205 | 05/23/2024 01:27:59 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 13 | c7bf574ef9918a1448b89b8b3180c9cf267a2ca9 | 05/21/2024 23:20:54 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 14 | F1459CD80E75CCD1CAB5C383A31B1B4A219948F4 | 05/03/2024 01:34:17 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 15 | C8E8BEE0A65156BCBCA5BB48A0A5B64118A6C646 | 04/18/2024 22:53:24 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 16 | 6AEE717923D8F07DEA3055ECD99EAD27000A8572 | 04/08/2024 22:28:22 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 0A98B32BB2CAC1FFD2FB5298EBAA3B80A4B4177E | 03/10/2024 22:34:59 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 18 | DC191363CA433B3DF58F8B19F07FF0DE7D41FF21 | 12/04/2023 20:24:03 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 19 | 42B2DBC57D6A747ACE8FEFEFCD10F59650985752 | 11/15/2023 23:05:03 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 20 | 532b31be8a17a1772b2e1a64b11f8735f367afd1 | 11/02/2023 22:00:58 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 21 | 932A59163BCCB420888942E54EDAF526951D17A0 | 10/22/2023 15:03:26 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 22 | AE5B9860C4A44AFF2A064EAFB0714A7F28CE8E57 | 10/19/2023 21:39:02 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 23 | bcbcd3585f108a79230e3c37a5352500b147b899 | 10/12/2023 02:36:51 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 24 | 4F145967CCD38787636EC6DA9248256439CE65BC | 08/21/2023 22:51:13 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 25 | CE9E507456359C63A9C31BB2F113C76F1A6452B3 | 08/17/2023 20:38:17 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 26 | 1fda7cdb777a9ccfd94fd57d7605d32ef81731f4 | 08/13/2023 00:32:21 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 27 | 99D04932631AB8518BDBA483F55E9D532776FDB3 | 07/16/2023 15:44:03 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |